VILLAGE OF FREEPORT, Respondent, *v.* NATIONAL SURETY COMPANY et al., Appellants, and AMATO & McCARRON, INC., et al., Respondents.

(Argued March 15, 1934; decided April 17, 1934.)

*Thomas E. O'Brien, William F. Pritchard* and *Thomas F. Conway* for National Surety Company, appellant.

*Asa B. Kellogg* and *W. Joseph Flynn, Jr.*, for Riverdale Construction Company, Inc., appellant.

*Martin A. Schenck, Harold C. McCollom* and *Ralph C. Williams, Jr.*, for plaintiff-respondent.

*Maurice Iserman* and *Edgar A. B. Spencer* for Spencer, White & Prentis, Inc., defendant-respondent.

*William W. Pellett* for Newark Concrete Pipe Company, defendant-respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.